IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: McDonald, Lakisha

Printed: 03/24/09

Case Number: 06 B 06403
Judge: Squires, John H
Filed: 6/2/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: March 9, 2009
Confirmed: July 19, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,296.44 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 5,448.28 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,874.00 |
| Trustee Fee: |  | 520.76 |
| Other Funds: |  | 453.40 |
| Totals: | 9,296.44 | 9,296.44 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Legal Rescues | Administrative | 2,874.00 | 2,874.00 |
| 2. Monterey Financial Services | Secured | 0.00 | 0.00 |
| 3. Fairlane Credit L.L.C. | Unsecured | 3,071.05 | 3,895.00 |
| 4. Monterey Financial Services | Unsecured | 228.02 | 289.19 |
| 5. FCNB Master Trust | Unsecured | 449.19 | 569.67 |
| 6. AT&T Wireless | Unsecured | 288.60 | 366.02 |
| 7. Peoples Energy Corp | Unsecured | 241.07 | 305.72 |
| 8. Asset Acceptance | Unsecured | 17.88 | 22.68 |
| 9. Monterey Financial Services | Unsecured |  | No Claim Filed |
| 10. CBE | Unsecured |  | No Claim Filed |
| 11. Credit Management Service | Unsecured |  | No Claim Filed |
| 12. Senex Services Corp | Unsecured |  | No Claim Filed |
| 13. Allied Interstate | Unsecured |  | No Claim Filed |
| 14. First Premier | Unsecured |  | No Claim Filed |
| 15. Senex Services Corp | Unsecured |  | No Claim Filed |
| 16. MRSI | Unsecured |  | No Claim Filed |
| 17. GEMB | Unsecured |  | No Claim Filed |
| 18. Torres Credit | Unsecured |  | No Claim Filed |
|  |  | $ 7,169.81 | $ 8,322.28 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McDonald, Lakisha

Printed: 03/24/09

Case Number: 06 B 06403
Judge: Squires, John H
Filed: 6/2/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 24.63 |
| 4.8% | 59.84 |
| 5.4% | 139.19 |
| 6.5% | 102.72 |
| 6.6% | 194.38 |
| | $ 520.76 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: